**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

OMEGA ROOFING, INC.,
EIN: 65-0518839

Debtor.
_______________________________________/

Case No.: 26-19027-RAM
Chapter 11

**DEBTOR'S MOTION TO CONVERT FROM CHAPTER 11 TO CHAPTER 7**

Debtor, **OMEGA ROOFING, INC**., pursuant to 11 U.S.C. § 1112(a), Fed. R. Bankr. P. 1019 and Local Rule 1017-1, moves the Court for entry of an order converting this case from chapter 11 to a case under chapter 7 of the Bankruptcy Code, and would show:

1. Debtor filed a voluntary petition for relief under chapter 11 of Title 11 on July 9, 2026.

2. The Debtor continues to operate its business and manage its assets and affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. No statutory committee has been appointed and the exclusivity period has not terminated.

4. At this time the Debtor, under advice of counsel, has determined that there is an absence of likelihood of rehabilitation of the Debtor, that no meaningful dividend is likely to occur in a confirmed chapter 11 plan and that conversion of this case to a case under chapter 7 would provide superior relief and is in the best interest of creditors and the estate.

5. Section 1112(a) of Title 11 provides in relevant part:

> The debtor may convert a case under chapter 11 to a case under chapter 7 unless the debtor is not a debtor in possession, the case was originally commenced as an involuntary case under this chapter, or case was converted to a case under chapter 11 other than on the debtor's request.

6. None of the foregoing contingencies have occurred in this case.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court enter an Order converting this chapter 11 case to a case under chapter 7 of the Bankruptcy Code, and

providing such other and further relief thereto as deemed just and equitable.

/s/ Peter Spindel

PETER SPINDEL
Florida Bar No.: 816183
Peter Spindel, Esq.
Attorney for Debtor
7756 N. Kendall Dr. #207
Miami, FL 33156-8550
Telephone: 786.355.4631
email: peterspindel@gmail.com

Certificate of Admission

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Certificate of Service

I CERTIFY that a true copy of the foregoing and court generated Notice of Hearing were served on all CM/ECF registered parties via Notice of Electronic Filing on August 10, 2026 and by regular first class USPS carrier mail, postage fully prepaid, on all other interested parties as indicated on the attached service list on August 10, 2026.

Dated: August 10, 2026

/s/ Peter Spindel

PETER SPINDEL, ESQ.

*Via NEF*:
26-19027-RAM Notice will be electronically mailed to:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Peter D. Spindel on behalf of Debtor Omega Roofing, Inc.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

*By Mail*:
Omega Roofing, Inc.
c/o Ardiel Barrios, Pres.
10288 NW 130th St.
Hialeah Gardens, FL 33018

Ali Mithavayani
Attn: Wilson Elser Moskowitz Ect Et Al
100 SE 2 St #2100
Miami, FL 33131

AMEX
POB 981537
El Paso, TX 79998-1537

AMEX
c/o Beckett & Lee
POB 3001
Malvern, PA 19355-0701

Ardiel Barrios
10288 NW 130th St.
Hialeah, FL 33018

Fla Dept of Rev
Bankruptcy Division
POB 6668
Tallahassee, FL 32314-6668

IRS
POB 7346
Philadelphia, PA 19101-7246

Ludlum Lakes Assoc.
c/o Marisol Basulto Esq
14160 NW 77 Ct. #22
Hialeah, FL 33016

Miami-Dade Tax Collector
200 NW 2nd Ave. 4 Fl
Miami, FL 33128

Universal Property and Casualty
1110 W. Commercial Blvd
Fort Lauderdale, FL 33309

###\3942.2601\omega\omega1.mot